```
             UNITED STATES DISTRICT COURT
                DISTRICT OF NEW JERSEY
                                        :
ULTRA PRODUCTS, INC.,                   :
                                        :
     Plaintiff,                         :   CIVIL ACTION NO. 09-1095 (MLC)
                                        :
     v.                                 :        O R D E R
                                        :
BEST BUY CO., INC, et al.               :
                                        :
     Defendants.                        :
                                        :
```

For the reasons stated in the Court's Memorandum Opinion, dated September 1, 2009, **IT IS** on this   1st   day of September, 2009, **ORDERED** that the motion to stay (dkt. entry no. 29), and the separate motion to stay (dkt. entry no. 32) are **GRANTED;** and

**IT IS FURTHER ORDERED** that the current action is **STAYED AND ADMINISTRATIVELY TERMINATED** pending the resolution of Ultra Products, Inc. v. Antec, Inc., et al, M.D. Fla. No. 08-503; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate the matter in Civil Action No. 09-1095 (MLC) as **CLOSED.**

                                          s/ Mary L. Cooper
                                        **MARY L. COOPER**
                                        United States District Judge